UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WILLIAM QUINONES,

                    Petitioner,

           v.                                              **ORDER**
                                                           05-CV-497S

JOHN BURGE,
Superintendent of Auburn Correctional Facility

                              Respondent.

           1.     On July 20, 2005, Petitioner commenced this action seeking federal habeas

relief under 28 U.S.C. § 2254.  (Docket No. 1).

           2.     In a Report and Recommendation filed on January 24, 2008, the Honorable

Leslie G. Foschio, United States Magistrate Judge, recommended that Petitioner's Petition

for a Writ of Habeas Corpus be dismissed.  (Docket No. 9).

           3.     No objections to Judge Foschio's Report and Recommendation were

received from either party within ten days of the date of its service, in accordance with 28

U.S.C. § 636(b)(1)(C) and Local Rule 72.3(a)(3).

           4.     This Court has carefully reviewed the Report and Recommendation, as well

as the pleadings and materials submitted by the parties, and will accept Judge Foschio's

recommendations.

           IT HEREBY IS ORDERED that this Court accepts Judge Foschio's January 24,

2008 Report and Recommendation (Docket No. 9) in its entirety, including the authorities

cited and the reasons given therein.

FURTHER, that Petitioner's Petition for a Writ of Habeas Corpus (Docket No. 1) is DISMISSED with prejudice, there not having been a substantial showing of the denial of a constitutional right.

FURTHER, that a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is DENIED.

FURTHER, that it is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this judgment would not be taken in good faith and leave to proceed as a poor person is therefore DENIED.  See Coppedge v. United States, 369 U.S. 438, 82 S.Ct. 917, 8 L.Ed.2d 21 (1962).

FURTHER, that the Clerk of the Court is directed to take the necessary steps to close this case.

SO ORDERED.


Dated:   March 17, 2008
           Buffalo, New York


                                                /s/William M. Skretny
                                                 WILLIAM M. SKRETNY
                                                United States District Judge